## Saul Plast, Appellee, v. Metropolitan Trust Company et al., Appellants.

### Gen. Nos. 43,854, 43,875.

opinion filed November 20,
1946; released for publication December 5, 1946. Levinson Becker &
Peebles, McInerney, Epstein & Arvey and Morris Blank, for appellants;
Joseph B. Gilbert, for appellee. Opinion by JUSTICE KILEY. Not to
be published in full.